## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTERGY LBS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>WHISTLE LABS, INC.,<br><br>            Defendant. | C.A. No. 1:19-cv-00365-MN |

### ENTRY OF APPEARANCE

Please enter the appearance of Amy M. Dudash of Morgan, Lewis & Bockius LLP as counsel for defendant Whistle Labs, Inc.

Dated: March 7, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (# 5741)
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Counsel for Whistle Labs, Inc.*