# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTERGY LBS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WHISTLE LABS, INC., <br><br> Defendant. | C.A. No. 1:19-cv-00365-MN |

## JOINT STIPULATION AND ORDER TO EXTEND TIME

Plaintiff Inventergy LBS, LLC and Defendant Whistle Labs, Inc. ("Whistle Labs"), by and through their respective undersigned counsel, hereby agree and stipulate that the time for Whistle Labs to move, answer, or otherwise respond to the Complaint is hereby extended through and including April 17, 2019.

The extension of time is necessary so that Whistle Labs has sufficient time to investigate the allegations in the Complaint.

Dated: March 7, 2019

| DEVLIN LAW FIRM LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/Timothy Devlin* <br> Timothy Devlin (#4241) <br> 1306 N. Broom Street, 1st Floor <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> tdevlin@devlinlawfirm.com <br><br> *Attorney for Plaintiff* <br> *Inventergy LBS, LLC* | */s/Amy M. Dudash* <br> Amy M. Dudash (# 5741) <br> The Nemours Building <br> 1007 N. Orange Street, Suite 501 <br> Wilmington, DE 19801 <br> (302) 574-3000 <br> amy.dudash@morganlewis.com <br><br> *Attorney for Whistle Labs, Inc.* |

SO ORDERED this ___ day of March, 2019.

The Honorable Maryellen Noreika
United States District Court Judge