# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Inventergy LBS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Whistle Labs, Inc.**, <br><br> Defendant. | Case No. 1:19-cv-00365-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Inventergy LBS, LLC ("Inventergy") and Defendant Whistle Labs, Inc. ("Whistle Labs") stipulate to dismiss all claims by Inventergy against Whistle Labs made therein with prejudice to re-filing the same.

It is further stipulated and agreed that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: May 6, 2019

Respectfully submitted

/s/ Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
302-449-9010
tdevlin@devlinlawfirm.com

Isaac Rabicoff
(*Pro Hac Vice Motion to be Filed*)
RABICOFF LAW LLC
73 W Monroe St

Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

Kenneth Matuszewski
(*Pro Hac Vice Motion to be Filed*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
kenneth@rabilaw.com

*Counsel for Plaintiff, Inventergy LBS, LLC*

/s/ *Amy Michele Dudash*
Amy Michele Dudash
Morgan Lewis & Bockius LLP
1007 Orange Street
Suite 501
Wilmington, DE 19801
302-574-7293
amy.dudash@morganlewis.com

*Counsel for Defendant Whistle Labs, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 6, 2019.

/s/ *Timothy Devlin*
Timothy Devlin